# In The United States Court of Federal Claims

No. 13-1003C

(Filed: December 19, 2013)

_____

VRHABILIS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Friday, December 20, 2013, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge