# In The United States Court of Federal Claims

No. 13-1003C

(Filed: December 20, 2013)

_____

VRHABILIS, LLC,

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case.  Participating for plaintiff was James Graham, and for defendant was Scott Slater.  As discussed during the status conference, the court hereby adopts the following schedule:

1. On or before January 3, 2014, defendant shall file, on CD-ROM, the administrative record, and shall effectuate service to all parties;

2. On or before January 20, 2014, plaintiff shall file its motion for judgment on the administrative record;

3. On or before February 7, 2014, defendant shall file its response to plaintiff's motion and its cross-motion for judgment on the administrative record;

4. On or before February 21, 2014, plaintiff shall file its reply to defendant's response and its response to defendant's cross-motion for judgment on the administrative record;

5. On or before March 3, 2014, defendant shall file its reply to plaintiff's response;

6. Oral argument on plaintiff's motion and defendant's cross-motion will be held on March 7, 2014; and

7. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
